1    AARON R. FELDMAN (SB #105692)
FELDMAN LAW GROUP
2    1020 Aileen Street
Lafayette, CA  94549
3    Telephone:  (925) 283-6691
Facsimile:  (925) 871-6303
4    eMail:  aaron@feldmanlawgroup.com

5    WILLIAM F. BARNUM (SB #88503)
KYLE C. MUTEFF (SB #265954)
6    BARNUM LAW OFFICE
Post Office Box 173
7    Eureka, California  95502-0173
Telephone:  (707) 442-6405
8    Facsimile:  (707) 442-1507
eMail:  kcm@barnumlaw.net
9
Attorneys for Plaintiff Scottology Foundation
10
EDWARD C. DUCKERS (SB #242113)
11    CRAIG A. CARNES, JR (SB #238054)
SIGRID R. WAGGENER (SB #257979)
12    STOEL RIVES LLP
500 Capitol Mall, Suite 1600
13    Sacramento, CA 95814
Telephone:  (916) 447-0700
14    Facsimile:  (916) 447-4781
eMail:  cacarnes@stoel.com
15
Attorneys for Defendants
16    ARCTIC CIRCLE RESTAURANTS, INC.

17

18                UNITED STATES DISTRICT COURT

19            NORTHERN DISTRICT OF CALIFORNIA

20                SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTTOLOGY FOUNDATION by LLOYD F. SCOTT, Managing Director, | Case No.  3:11-cv-02141-CRB |
| Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER THEREON** |
| v. | |
| ARCTIC CIRCLE RESTAURANTS, INC. a Delaware corporation, DOES 1 – 10, inclusive, | Date:         December 2, 2011<br>Time:        8:30 am.<br>Courtroom:   6 |
| Defendants. | Judge:        Hon. Charles R. Breyer |

21 22 23 24 25 26 27 28

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO CONTINUE CASE
MANAGEMENT CONF. AND ORDER THEREON      -1-      3:11-CV-02141-CRB

71022363.1 0034377-00004

1        THE PARTIES HEREBY STIPULATE, BY AND THROUGH THEIR COUNSEL OF

2    RECORD, and respectfully request from the Court as follows:

3        WHEREAS the parties participated in mediation on November 10, 2011; and,

4        WHEREAS the parties and the mediator agreed that further mediation would be

5    beneficial; and,

6        WHEREAS, a Case Management Conference is currently scheduled for December 2,

7    2011; and,

8        WHEREAS, the parties believe that the Case Management Conference should be

9    continued 30-45 days to enable the parties to continue mediation efforts without incurring the

10   time and expense of preparing for and attending a Case Management Conference; and,

11       WHEREAS good cause exists for this requested extension in that the parties have agreed

12   to participate in further mediation and continuing the Case Management Conference will not

13   impact the case, the Parties hereby request a continued Case Management Conference date, for a

14   date after January 9, 2012, that is convenient to the Court.

15

16   DATED:  November 18, 2011.

17                                             STOEL RIVES LLP

18

19                                             By:   /s/ Craig A. Carnes, Jr.
                                                     CRAIG A. CARNES, JR.
20                                                   Attorneys for Defendant
                                                     ARCTIC CIRCLE RESTAURANTS, INC.
21

22   DATED:  November 18, 2011.

23                                             FELDMAN LAW GROUP

24

25                                             By:   /s/ Aaron R. Feldman.
                                                     AARON R. FELDMAN
26                                                   Attorneys for Plaintiff
                                                     SCOTTOLOGY FOUNDATION
27

28

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO CONTINUE CASE
MANAGEMENT CONF. AND ORDER THEREON          -2-                    3:11-CV-02141-CRB

71022363.1 0034377-00004

1   **PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS ORDERED**

2   **AS FOLLOWS:**

3          The Case Management Conference in this matter currently set for December 2, 2011, is

4   continued to __January 20,___, 2012, at _8:30_ am/~~pm~~ in Courtroom _6_, and an updated Joint

5   Statement is to be filed by the parties pursuant to Local Rule 16-10(d).

6

7   DATED: ____Novmeber 22__, 2011          _____

8                                            Honorable Charles R. Breyer
                                             Judge of the United States District Court
9                                            Northern District of California

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO CONTINUE CASE
MANAGEMENT CONF. AND ORDER THEREON          -3-                    3:11-CV-02141-CRB

71022363.1 0034377-00004