1  AARON R. FELDMAN (SB #105692)
   FELDMAN LAW GROUP
2  1020 Aileen Street
   Lafayette, CA  94549
3  Telephone:  (925) 283-6691
   Facsimile:  (925) 871-6303
4  eMail:  aaron@feldmanlawgroup.com

5  WILLIAM F. BARNUM (SB #88503)
   KYLE C. MUTEFF (SB #265954)
6  BARNUM LAW OFFICE
   Post Office Box 173
7  Eureka, California  95502-0173
   Telephone:  (707) 442-6405
8  Facsimile:  (707) 442-1507
   eMail:  kcm@barnumlaw.net
9
   Attorneys for Plaintiff Scottology Foundation
10
   EDWARD C. DUCKERS (SB #242113)
11 CRAIG A. CARNES, JR (SB #238054)
   SIGRID R. WAGGENER (SB #257979)
12 STOEL RIVES LLP
   500 Capitol Mall, Suite 1600
13 Sacramento, CA 95814
   Telephone:  (916) 447-0700
14 Facsimile:  (916) 447-4781
   eMail:  cacarnes@stoel.com
15
   Attorneys for Defendants
16 ARCTIC CIRCLE RESTAURANTS, INC.

17

18                  UNITED STATES DISTRICT COURT

19               NORTHERN DISTRICT OF CALIFORNIA

                    SAN FRANCISCO DIVISION
20

21 SCOTTOLOGY FOUNDATION by LLOYD       Case No.  3:11-cv-02141-CRB
   F. SCOTT, Managing Director,
                                        **STIPULATION TO CONTINUE CASE
22            Plaintiff,                 MANAGEMENT CONFERENCE AND
                                         ORDER THEREON**
23       v.
                                        Date:        December 2, 2011
24 ARCTIC CIRCLE RESTAURANTS, INC. a    Time:        8:30 am.
   Delaware corporation, DOES 1 – 10, inclusive,   Courtroom:   6
25                                      Judge:       Hon. Charles R. Breyer
             Defendants.
26

27

28

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO CONTINUE CASE
MANAGEMENT CONF. AND ORDER THEREON        -1-                    3:11-CV-02141-CRB

71022363.1 0034377-00004

1        THE PARTIES HEREBY STIPULATE, BY AND THROUGH THEIR COUNSEL OF

2  RECORD, and respectfully request from the Court as follows:

3        WHEREAS the parties participated in mediation on November 10, 2011; and,

4        WHEREAS the parties and the mediator agreed that further mediation would be

5  beneficial; and,

6        WHEREAS, a Case Management Conference is currently scheduled for December 2,

7  2011; and,

8        WHEREAS, the parties believe that the Case Management Conference should be

9  continued 30-45 days to enable the parties to continue mediation efforts without incurring the

10  time and expense of preparing for and attending a Case Management Conference; and,

11        WHEREAS good cause exists for this requested extension in that the parties have agreed

12  to participate in further mediation and continuing the Case Management Conference will not

13  impact the case, the Parties hereby request a continued Case Management Conference date, for a

14  date after January 9, 2012, that is convenient to the Court.

15

16  DATED:  November 18, 2011.

17                               STOEL RIVES LLP

18

19                               By:  /s/ Craig A. Carnes, Jr.

20                                  CRAIG A. CARNES, JR.
                                   Attorneys for Defendant

21                                   ARCTIC CIRCLE RESTAURANTS, INC.

22  DATED:  November 18, 2011.

23                               FELDMAN LAW GROUP

24

25                               By:  /s/ Aaron R. Feldman.

26                                  AARON R. FELDMAN
                                   Attorneys for Plaintiff
                                   SCOTTOLOGY FOUNDATION

27

28

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO CONTINUE CASE
MANAGEMENT CONF. AND ORDER THEREON    -2-         3:11-CV-02141-CRB

71022363.1 0034377-00004

1   **PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS ORDERED**

2   **AS FOLLOWS:**

3          The Case Management Conference in this matter currently set for December 2, 2011, is

4   continued to ___January 20,___ , 2012, at 8:30 _am~~pm~~ in Courtroom _6_, and an updated Joint

5   Statement is to be filed by the parties pursuant to Local Rule 16-10(d).

6

7   DATED: ____Novmeber 22__, 2011      _____

8                                        Honorable Charles R. Breyer
                                         Judge of the United States District Court
9                                        Northern District of California

IT IS SO ORDERED

Judge Charles R. Breyer

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO CONTINUE CASE
MANAGEMENT CONF. AND ORDER THEREON          -3-                    3:11-CV-02141-CRB

71022363.1 0034377-00004